IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Nomination Petition of :
Michael J. Stack, Candidate for :
Lieutenant Governor :
: No. 162 M.D. 2018
Petition of: Tracey L. Gordon, Ibrul :
H. Chowdhury, and M. Karen Bojar :

## AMENDMENT ORDER

AND NOW, this 17th day of April, 2018, the Court's opinion in the above matter, filed March 28, 2018, is amended to reflect the following corrections:

Page 2, first full paragraph, last sentence should read: **Candidate's mother's home** at 1247 Southampton Road is located in the same ward and division in Philadelphia as the Wayside Avenue property.

Page 11, beginning on line 6, should read: Code, 25 P.S. §2813, provides a safe harbor for those whose **State** service **or study** requires **a presence** in a new location, even one outside Pennsylvania.

Page 12, second full paragraph, beginning on line 6 should read: … in-law's home as his residence during the time he lived, **worked** and voted in …

Page 13, first paragraph after the quote, line 2 should read: … residence, reduced to its essence, is **the** "habitation where one has put down …

Page 13, second full paragraph, first sentence should read: First, the *Shimkus* test does not yield a definitive outcome **on this record**.

Page 14, last paragraph, last sentence should read:  The safe harbor of Section 703 of the Election Code protects these choices

from having the unintended consequence of **changing** one's domicile.

In all other respects, the opinion and order shall remain in effect.

It is hereby ORDERED that the above-captioned opinion filed March 28, 2018, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
MARY HANNAH LEAVITT, President Judge